# Third District Court of Appeal
## State of Florida

Opinion filed May 27, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D26-0046
Lower Tribunal No. F09-8184A

————————————

**Louis Bradshaw,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Louis Bradshaw, in proper person.

James Uthmeier, Attorney General, and Linda S. Katz, Assistant Attorney General, for appellee.

Before MILLER, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed. See Peede v. State, 748 So. 2d 253, 257 (Fla. 1999) ("To uphold the trial court's summary denial of claims raised in a 3.850 motion,

the claims must be either facially invalid or conclusively refuted by the record." (citing Fla. R. Crim. P. 3.850(d))); see also Bradshaw v. State, 367 So. 3d 1285, 1285 (Fla. 3d DCA 2023) (affirming denial of motion for postconviction relief raising identical claims).